# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 47 WAL 2018
:
           Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
JOSEPH DEAN BUTLER, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is as follows:

> Whether the Superior Court of Pennsylvania erred in vacating the trial court's Order finding [Respondent] to be [a Sexually Violent Predator ("SVP")] by extrapolating the decision in [*Commonwealth v. Muniz*, 164 A.3d 1189 (Pa. 2017),] to declare SVP hearings and designations unconstitutional under 42 Pa.C.S. § 9799.24(e)(3).

    The Prothonotary is directed to provide notice of this Order to the Attorney General,

who is invited to participate as an *amicus curiae*.